# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA



GRANTED
Judge Nathanael M. Cousins

FILED
AUG 13 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Arsenii Telichko, Plaintiff,**

vs.

United States Citizenship and Immigration Services (USCIS),

Pamela Bondi, United States Attorney General,

Angelica Alfonso-Royals, Acting Director of USCIS,

Kristi Noem, Secretary of the Department of Homeland Security,

Craig Missakian, United States Attorney for the Northern District of California,

Defendants.

Case No.: 5:25-cv-05461-NC

## MOTION TO DISMISS

**Plaintiff, Arsenii Telichko,** hereby moves to dismiss this case in light of the fact that the United States Citizenship and Immigration Services (USCIS) has scheduled his N-400 naturalization interview, rendering the matter moot.

**In support of this motion, Plaintiff states as follows:**

1. Plaintiff filed a Petition for Writ of Mandamus to compel USCIS to adjudicate his N-400 application due to an unreasonable delay.
2. USCIS has since scheduled Plaintiff's N-400 naturalization interview, resolving the issue that led to the filing of this case.
3. As the relief sought has been granted, there is no longer a need for the court's intervention.
4. Therefore, Plaintiff respectfully requests that this Honorable Court dismiss this case as moot.

Respectfully submitted,

Arsenii Telichko

699 Dartmore Ln, 269

Hayward, CA 94544

Cell: (650) 521-1668

Email: arsenii.telichko@gmail.com

Date: Aug 07, 2025